Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 62304.**—H. Bates Co., Inc. *v.* United States, protests 19271–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62305.**—D. Strauss Co., Inc., et al. *v.* United States, protests 38536–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the items entered, or withdrawn from warehouse, prior to January 1, 1948, were held dutiable at 50 percent under paragraph 1529 (a), as modified by the trade agreement with France (T. D. 48346), and those entered, or withdrawn from warehouse subsequent to said date, were held dutiable at 35 percent under said paragraph, as modified by T. D. 51802.

**No. 62306.**—John Heathcoat & Co., Inc. *v.* United States, protests 57396–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62307.**—John Heathcoat & Co., Inc., et al. *v.* United States, protests 94074–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain